Karen Sue Naylor, Chapter 7 Trustee
4343 Von Karman Avenue, Suite 300
Newport Beach, CA 92660-2098
karen@ringstadlaw.com
Telephone (949) 748-7936
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| In Re: | Case No. 21-12426 MW |
| --- | --- |
| LEWIS R O'REILLY | Chapter 7 |
| Debtor(s) | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

TO THE ABOVE NAMED DEBTOR(S), THE ATTORNEY OF RECORD, AND THE OFFICE OF THE UNITED STATES TRUSTEE:

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. § 341(a) in the above-entitled matter was continued to **January 12, 2022** at **3:30 PM** at Location: TR 7-13, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE, for the reason set forth below:

Other: Document request

ALL APPEARANCES ARE MANDATORY UNLESS EXCUSED BY THIS OFFICE PRIOR TO THE HEARING. FAILURE TO APPEAR MAY RESULT IN YOUR CASE BEING DISMISSED.

ALL DOCUMENTS ARE DUE A MINIMUM OF SEVEN DAYS BEFORE THE CONTINUED MEETING.

/s/ Karen Sue Naylor
Karen Sue Naylor, TRUSTEE

I certify that I served the within notice on the above debtor(s), debtor's counsel of record, if any, on December 17, 2021.

/s/ Alane Canzone
Alane Canzone