United States Bankruptcy Court
Central District of California

In re:    Case No. 21-12426-MW
Lewis R O'Reilly    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8    User: admin    Page 1 of 3
Date Rcvd: Jan 24, 2022    Form ID: 318a    Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Lewis R O'Reilly, 3059 Scholarship, Irvine, CA 92612-4420 |
| 40978960 | + | Alan Williams, 23329 Barfield Drive, Valencia, CA 91354-1923 |
| 40978961 | + | Alltran, PO Box 4044, Concord, CA 94524-4044 |
| 40978967 | + | Angela Danciu, George Danciu, 685 N Poplar Street, Orange, CA 92868-1011 |
| 40978968 | + | Ann-Marie Hein, 1111 C Buckingham Drive, Costa Mesa, CA 92626-2146 |
| 40978969 | + | Baltic Marketing LLC, 33052 Marina Vista Drive, Dana Point, CA 92629-1101 |
| 41020714 | + | Bank of America, DE5-024-02-08, PO Box 15047, Wilmington, DE 19850-5047 |
| 40978971 | | Bank of America, PO Box 45144, Jacksonville, FL 32232-5144 |
| 41020713 | + | Bank of America, 4500 Amon Carter Blvd, Fort Worth, TX 76155-2202 |
| 40978974 | + | Benjamin Mettias, Nelson & Kennard, PO Box 13807, Sacramento, CA 95853-3807 |
| 40978975 | + | Brian Lotierzo, 1215 Goodman Avenue, Redondo Beach, CA 90278-4028 |
| 40978976 | + | Brian M Fleischer, Fleischer, Fleischer & Suglia PC, 601 Rourt 73 North, Suite 305, Marlton, NJ 08053-3475 |
| 40978981 | | CFG Merchant Solutions LLC, 201 Route 178 North, Suite 805, Rutherford, NJ 07070 |
| 40978977 | + | Canon, 125 Chubb Avenue, Lyndhurst, NJ 07071-3504 |
| 40978978 | + | Canon Financial Services, Inc, 158 Gaither Drive, Mount Laurel, NJ 08054-1716 |
| 40978985 | + | David L Wetsch, Dickinson Law, 699 Walnut Street, Suite 1600, Des Moines, IA 50309-3944 |
| 40978986 | + | Deeann Nason, 620 N Brand Blvd., Glendale, CA 91203-4208 |
| 40978987 | + | First American Title UCC Division, 901 S 2nd Street, Suite 201, Springfield, IL 62704-7909 |
| 40978988 | + | Fitzgerald,Yap,Kreditor, 2 Park Plaza, Suite 850, Irvine, CA 92614-2521 |
| 40978990 | + | Francis T Donohue III, Voss, Cook & Thel LLP, 2301 Dupont Drive, Suite 500, Irvine, CA 92612-7504 |
| 40978992 | + | Fusion Biotec, 5850 W 3rd Street, Suite 180, Los Angeles, CA 90036-2881 |
| 40978991 | + | Fusion Biotec, 160 S Cypress Street, Orange, CA 92866-1314 |
| 40978993 | + | Harvard Eye, 23961 Calle Magdalena, Suite 300, Laguna Hills, CA 92653-3665 |
| 40978995 | + | Josette Lamonte, 8938 Hubbard St., Culver City, CA 90232-2404 |
| 40978996 | + | Kim Ngan Nguyen, 13801 Shirley St. Unit 84, Garden Grove, CA 92843-3652 |
| 40978997 | + | Lien Solutions, PO Box 29071, Glendale, CA 91209-9071 |
| 40978999 | + | Lillian Hernandez, 6225 Canoble Ave, Whittier, CA 90601-3121 |
| 40979000 | + | Lina M Michael, Michael & Associates PC, 555 St. Charles Drive, Suite 204, Thousand Oaks, CA 91360-3992 |
| 41020715 | + | Madhu Nibber, Bank of America, 275 Valencia Ave, Brea, CA 92823-6340 |
| 40979002 | + | Maryellen O'Reilly, 27451 Silver Creek, San Juan Capistrano, CA 92675-1528 |
| 40979003 | + | Maryellen O'Reilly, 27451 Silver Creek Drive, San Juan Capistrano, CA 92675-1528 |
| 40979004 | + | Maximillian Day, 1012 Keniston Avenue, Los Angeles, CA 90019-1707 |
| 41020716 | + | Park Avenue Recovery, LLC, 104 E 25th Street, 10 Floor, New York, NY 10010-8201 |
| 40979006 | + | Paul B Derby, Skiermont Derby LLP, 800 Wilshire Blvd, Suite 1450, Los Angeles, CA 90017-2619 |
| 40979007 | + | Qualio, 268 Bush Street, Suite 3334, San Francisco, CA 94104-3503 |
| 40979009 | + | Rick O'Reilly, 11541 Heathcliff, Santa Ana, CA 92705-3072 |
| 40979010 | + | Robert D Crockett, Crockett & Associates, 23929 Valencia Blvd, Suite 303, Valencia, CA 91355-5310 |
| 40979011 | #+ | Rory Beeso, Raqven Paul & Company Inc, 675 Cliffside Driv, San Dimas, CA 91773-2957 |
| 40979013 | ++ | SOUTHERN CALIFORNIA EDISON COMPANY, 1551 W SAN BERNARDINO ROAD, COVINA CA 91722-3407 address filed with court:, SCE, PO Box 300, Rosemead, CA 91772-0002 |
| 40979014 | + | Silvia Balladares, Agent for Service, Raven Paul & Company, Inc, 675 Cliffside Drive, San Dimas, CA 91773-2957 |

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: 318a | Total Noticed: 64 |

| | | |
|---|---|---|
| 40979016 | | Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 40979015 | | Small Business Administration, PO Box 3918, Portland, OR 97208-3918 |
| 40979019 | + | UCC eZfile, 2020 Hurley Way, Suite 350, Sacramento, CA 95825-3214 |
| 40979020 | + | Warren Riggs, 3400 Ben Lomond Place, Apartment 114, Los Angeles, CA 90027-2951 |
| 40979021 | + | Wellen Capital CFG, 104 E.25th Street, 10th Floor, New York, NY 10010-8201 |
| 40979022 | + | Wellen Capital LLC, 600 West Jackson Blvd, Suite 750, Chicago, IL 60661-5683 |
| 40979023 | + | Yu Ching Wang, 3059 Scholarship, Irvine, CA 92612-4420 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: karen.naylor@txitrustee.com | Jan 25 2022 00:22:00 | Karen S Naylor (TR), 4343 Von Karman Avenue, Suite 300, Newport Beach, CA 92660-2098 |
| smg | EDI: EDD.COM | Jan 25 2022 05:13:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Jan 25 2022 05:13:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 40978964 | + Email/PDF: bncnotices@becket-lee.com | Jan 25 2022 00:23:50 | American Express National Bank, 4315 South 2700 West, Salt Lake City, UT 84184-0001 |
| 40978965 | + Email/PDF: bncnotices@becket-lee.com | Jan 25 2022 00:23:50 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 40978970 | EDI: BANKAMER.COM | Jan 25 2022 05:13:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 40978972 | EDI: BANKAMER.COM | Jan 25 2022 05:13:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 41020712 | + EDI: BANKAMER.COM | Jan 25 2022 05:13:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, E1 Paso, TX 79998-2238 |
| 40978979 | + EDI: CAPITALONE.COM | Jan 25 2022 05:13:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 40978989 | EDI: CALTAX.COM | Jan 25 2022 05:13:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 40978994 | EDI: IRS.COM | Jan 25 2022 05:13:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 40978982 | EDI: JPMORGANCHASE | Jan 25 2022 05:13:00 | Chase, PO Box 6294, Carol Stream, IL 60197 |
| 40978983 | EDI: JPMORGANCHASE | Jan 25 2022 05:13:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 40979005 | + Email/Text: jquick@ncmic.com | Jan 25 2022 00:23:00 | NCMIC Finance Corporation, 14001 University Ave., Clive, IA 50325-8273 |
| 40979013 | Email/Text: bankruptcygroup@sce.com | Jan 25 2022 00:22:00 | SCE, PO Box 300, Rosemead, CA 91772-0002 |
| 40979012 | + EDI: DRIV.COM | Jan 25 2022 05:13:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 40979017 | + EDI: EDD.COM | Jan 25 2022 05:13:00 | State of California, Employment Development Department, PO Box 826880, Sacramento, CA 94280-0001 |
| 40979018 | EDI: TFSR.COM | Jan 25 2022 05:13:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52409 |

TOTAL: 18

Case 8:21-bk-12426-MW    Doc 23    Filed 01/26/22    Entered 01/26/22 21:27:39    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0973-8 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: 318a | Total Noticed: 64 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 40978962 | *+ | Alltran, PO Box 4044, Concord, CA 94524-4044 |
| 40978963 | *+ | Alltran, PO Box 4044, Concord, CA 94524-4044 |
| 40978966 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 40978973 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 40978980 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 40978984 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 40978998 | *+ | Lien Solutions, PO Box 29071, Glendale, CA 91209-9071 |
| 40979001 | *+ | Lina M Michael, Michael & Associates PC, 555 St. Charles Drive, Suite 204, Thousand Oaks, CA 91360-3992 |
| 40979008 | ##+ | Raven Paul & Company Inc, 667 Cliffside Drive, San Dimas, CA 91773-2957 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2022          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles W Daff | on behalf of Debtor Lewis R O'Reilly charleswdaff@gmail.com  r53975@notify.bestcase.com |
| Francis T Donohue | on behalf of Plaintiff Angela Danciu ftd@vctlaw.com  dyolken@vctlaw.com |
| Francis T Donohue | on behalf of Plaintiff George Danciu ftd@vctlaw.com  dyolken@vctlaw.com |
| Justin S Draa | on behalf of Plaintiff Maximillian Day jdraa@dld-law.com |
| Karen S Naylor (TR) | alane@ringstadlaw.com  knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Lewis R O'Reilly** | Social Security number or ITIN  **xxx–xx–5518** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Central District of California** | | |
| Case number:   **8:21–bk–12426–MW** | | |

# Order of Discharge – Chapter 7      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lewis R O'Reilly

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 1/24/22

**Dated:** <u>1/24/22</u>                    **By the court:**   <u>Mark S Wallace</u>
                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**22/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc          **Order of Chapter 7 Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**